**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| EDWIN HENRY STADE AND SILVIA STADE | ) | Case No. 12-40541 |
| Debtors. | ) | Honorable PAMELA S. HOLLIS |

## SECOND AMENDED CERTIFICATE OF SERVICE

TO:   ALL ECF REGISTRANTS;
and by First Class Mail to:

Edwin and Sylvia Stade, 8N 200 Naperville Rd, Barlett IL 60103

Clerk of the Circuit Court, 219 S Dearborn, 7th Floor, Chicago IL 60604

Discover Bank, Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025

Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029

American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355

BMO Harris Bank, N.A., w/ Bayview Loan Servicing, LLCc/o Klein, Daday, Aretos & O'Donoghue, L, 2550 W. Golf Rd., Ste. 250, Rolling Meadows, IL 60008

I, Deborah K. Ebner, an attorney, state and certify that copies of the **AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** set for hearing before the Honorable Pamela S. Hollis on **THURSDAY, JANUARY 25, 2018**, at **10:30 a.m.**, in Room 644, of the Dirksen Federal Building, 219 S. Dearborn St, Chicago IL, were mailed to the persons listed above by depositing same in a U.S. Post Office Box on December 29th, 2017, unless notice was issued electronically by the Clerk of the Court.

                                                                          /s/Deborah K. Ebner

Deborah K. Ebner (#6181615)
Law Office of Deborah Kanner Ebner
P.O. Box 929
Glenview IL 60025
(312) 922-3838