**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 1:12-BK-40541-HSP |
| | § | |
| EDWIN HENRY STADE | § | |
| SILVIA STADE | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S AMENDED FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/12/2012. The undersigned trustee was appointed on 10/12/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $24,641.33 |
   | Administrative expenses | $7.99 |
   | Bank service fees | $365.40 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $4,985.28 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/01/2017 and the deadline for filing government claims was 04/10/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $1,746.83 as interim compensation and now requests the sum of $2,003.17, for a total compensation of $3,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $54.04, and now requests reimbursement for expenses of $46.54, for total expenses of $100.58.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2018    By:    /s/ Deborah K. Ebner
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Date Filed (f) or Converted (c): | 10/12/2012 (f) |
| For the Period Ending: | 4/9/2018 | §341(a) Meeting Date: | 12/05/2012 |
| | | Claims Bar Date: | 08/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   Location: 8N 200 Naperville Rd., Bartl, Single f | $504,292.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Location: 8N 200 Naperville Rd., Bartl, Single family home - personal residence; Lien: Account No. Real Time Resolutions PO Box 35888 Dallas, TX 75235 - Amount: 250000.00; Exemption: Location: 8N 200 Naperville Rd., Bartlett IL 60 | | | | | |
| 2   Cash | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Cash; | | | | | |
| 3   Checking account no. ending 1654 American Eagle | $1,184.62 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Checking account no. ending 1654 American Eagle; | | | | | |
| 4   Furniture and appliances | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Furniture and appliances; | | | | | |
| 5   Ordinary wearing apparel. | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Ordinary wearing apparel.; | | | | | |
| 6   Illinois Municipal Retirement Fund | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Illinois Municipal Retirement Fund; | | | | | |
| 7   Illinois Municipal Health Savings Account | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Illinois Municipal Health Savings Account; | | | | | |
| 8   Jelinek Builders Inc. 100% | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Jelinek Builders Inc. 100%; | | | | | |
| 9   2004 Chevy Suburban | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: 2004 Chevy Suburban; | | | | | |
| 10   Desks, Chairs | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Orig. Description: Desks, Chairs; | | | | | |
| 11   Ebner vs Stade   **(u)** | $0.00 | $30,000.00 | | $30,000.00 | FA |
| **TOTALS (Excluding unknown value)** | $513,276.62 | $30,000.00 | | $30,000.00 | **Gross Value of Remaining Assets** $0.00 |

FORM 1

Page No: 2     Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Date Filed (f) or Converted (c): | 10/12/2012 (f) |
| For the Period Ending: | 4/9/2018 | §341(a) Meeting Date: | 12/05/2012 |
| | | Claims Bar Date: | 08/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

05/01/2017 - Notice of 8/1/2017 bar date for filing of claims issued.

4/15/16 -- Order entered resolving all claims of estate against Stade Construction and Jelenik Builders for $30,000.00

4/8/16 - Order entered pursuant to which Debtor (Edwin only) waives his discharge

1/5/16: settlement docs being executed and final payment on prospective payment is 2017
Discharge of Debtor waived. Trustee in process of discovery to settle fraudulent conveyance action that is pending

| Initial Projected Date Of Final Report (TFR): | 12/31/2018 | Current Projected Date Of Final Report (TFR): | 12/31/2018 | /s/ DEBORAH K. EBNER |
|---|---|---|---|---|
| | | | | DEBORAH K. EBNER |

**FORM 2**

Page No: 1     Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $24,690.15 | | $24,690.15 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.28 | $24,679.87 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $38.54 | $24,641.33 |
| 01/25/2018 | 5001 | Deborah Ebner | Trustee Expenses | 2200-000 | | $54.04 | $24,587.29 |
| 01/25/2018 | 5002 | Deborah Ebner | Trustee Compensation | 2100-000 | | $1,746.83 | $22,840.46 |
| 01/25/2018 | 5003 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $293.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 2700-000 | | $157.41 | $22,683.05 |
| 01/25/2018 | 5004 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 2700-000 | | $188.03 | $22,495.02 |
| 01/25/2018 | 5005 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $819.33; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 3220-000 | | $440.18 | $22,054.84 |
| 01/25/2018 | 5006 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $41,052.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 3210-000 | | $22,054.84 | $0.00 |

**SUBTOTALS**    $24,690.15    $24,690.15

Page No: 2     Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/12/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $24,690.15 | $24,690.15 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $24,690.15 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $24,690.15 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $24,690.15 | |

**For the period of 10/12/2012 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $24,690.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,690.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/24/2017 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $24,690.15 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,690.15 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit B

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2018 | | MJ Peterson | duplicate - entered in error | 1141-000 | $4,985.28 | | $4,985.28 |
| 04/06/2018 | (11) | MJ Peterson | | 1241-000 | $4,985.28 | | $9,970.56 |
| 04/06/2018 | | DEP REVERSE: MJ Peterson | duplicate - entered in error | 1141-000 | ($4,985.28) | | $4,985.28 |
| | | | **TOTALS:** | | $4,985.28 | $0.00 | $4,985.28 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,985.28 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,985.28 | $0.00 | |

**For the period of 10/12/2012 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,985.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,985.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2018 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,985.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,985.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4   Exhibit B

| Case No. | 12-40541-HSP | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | | Checking Acct #: | ******4103 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/12/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 10/12/2012 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2018 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5                                                                                                                    Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2016 | (11) | Stade Construction | return of preferential payment | 1241-000 | $5,000.00 |  | $5,000.00 |
| 05/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,990.00 |
| 06/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,980.00 |
| 07/29/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,970.00 |
| 08/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,960.00 |
| 09/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,950.00 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,940.00 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,930.00 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,920.00 |
| 01/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,910.00 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 | 2300-004 |  | ($7.98) | $4,917.98 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 | 2300-000 |  | $7.98 | $4,910.00 |
| 02/19/2017 | 102 | International Sureties | REISSUE BOND PAYMENT : PRINTING ERROR ON FIRST CHECK AND NOT READABLE BY BANK | 2300-000 |  | $7.99 | $4,902.01 |
| 02/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,892.01 |
| 03/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,882.01 |
| 04/28/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $10.00 | $4,872.01 |
| 05/12/2017 | (11) | MJPeterson | AR | 1241-000 | $9,029.00 |  | $13,901.01 |
| 05/12/2017 | (11) | MJ Peterson | AR | 1241-000 | $10,985.72 |  | $24,886.73 |
| 05/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $23.05 | $24,863.68 |
| 06/30/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $35.76 | $24,827.92 |
| 07/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $34.51 | $24,793.41 |
| 08/31/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $39.23 | $24,754.18 |
| 09/29/2017 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | $34.41 | $24,719.77 |
| 10/24/2017 |  | Rabobank, N.A. | Bank Service Fee | 2600-000 |  | $29.62 | $24,690.15 |
| 10/24/2017 |  | Green Bank | Transfer Funds | 9999-000 |  | $24,690.15 | $0.00 |

SUBTOTALS    $25,014.72    $25,014.72

Page No: 6    Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $25,014.72 | $25,014.72 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $0.00 | $24,690.15 | |
|  |  |  | **Subtotal** | | $25,014.72 | $324.57 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $25,014.72 | $324.57 | |

**For the period of 10/12/2012 to 4/9/2018**                    **For the entire history of the account between 04/28/2016 to 4/9/2018**

| | | | | |
|---|---|---|---|---|
| Total Compensable Receipts: | $25,014.72 | Total Compensable Receipts: | $25,014.72 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,014.72 | Total Comp/Non Comp Receipts: | $25,014.72 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $324.57 | Total Compensable Disbursements: | $324.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $324.57 | Total Comp/Non Comp Disbursements: | $324.57 |
| Total Internal/Transfer Disbursements: | $24,690.15 | Total Internal/Transfer Disbursements: | $24,690.15 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7                    Exhibit B

| Case No. | 12-40541-HSP | | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $30,000.00 | $25,014.72 | $4,985.28 |

**For the period of 10/12/2012 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $25,014.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,014.72 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

**For the entire history of the case between 10/12/2012 to 4/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $25,014.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,014.72 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER

# CLAIM ANALYSIS REPORT

Page No: 1          Exhibit C

| Case No.: | 12-40541-HSP | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | | | Date: | 4/9/2018 |
| Claims Bar Date: | 08/01/2017 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEE | DEBORAH EBNER 11 East Adams Street Suite 904 Chicago IL 60603 | 05/09/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,750.00 | $3,750.00 | $1,746.83 | $0.00 | $0.00 | $2,003.17 |
| TE | DEBORAH EBNER 11 East Adams Street Suite 904 Chicago IL 60603 | 01/07/2016 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $100.58 | $100.58 | $54.04 | $0.00 | $0.00 | $46.54 |
| ADMIN | WILLIAM J FACTOR | 12/06/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $819.33 | $819.33 | $440.18 | $0.00 | $0.00 | $379.15 |
| ADMIN | WILLIAM J FACTOR | 12/06/2017 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $41,052.00 | $41,052.00 | $22,054.84 | $0.00 | $0.00 | $18,997.16 |
| ADMIN | CLERK OF THE UNITED STATES BANKRUPTCY COURT 219 S. Dearborn St. 7th Floor Chicago IL 60604 | 12/27/2017 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $293.00 | $293.00 | $157.41 | $0.00 | $0.00 | $135.59 |
| ADMIN | CLERK OF THE UNITED STATES BANKRUPTCY COURT 219 S Dearborn St. 7th Floor Chicago IL 60604 | 12/27/2017 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $350.00 | $350.00 | $188.03 | $0.00 | $0.00 | $161.97 |
| 1 | DISCOVER BANK DISCOVER PRODUCTS INC PO Box 3025 New Albany OH | 05/05/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,303.00 | $11,352.82 | $11,352.82 | $0.00 | $0.00 | $0.00 | $11,352.82 |

## CLAIM ANALYSIS REPORT

| Case No.: | 12-40541-HSP | | | | | | | Trustee Name: | Deborah K. Ebner |
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | | | | | | | Date: | 4/9/2018 |
| Claims Bar Date: | 08/01/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DISCOVER BANK DISCOVER PRODUCTS INC<br>PO Box 3025<br>New Albany OH | 05/05/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,300.00 | $2,046.30 | $2,046.30 | $0.00 | $0.00 | $0.00 | $2,046.30 |
| 3 | REAL TIME RESOLUTIONS, INC.<br>1349 Empire Central Drive, Suite #150<br>Dallas TX | 05/18/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $250,000.00 | $241,168.95 | $241,168.95 | $0.00 | $0.00 | $0.00 | $241,168.95 |
| 4 | AMERICAN EXPRESS BANK, FSB C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA | 06/28/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,300.00 | $4,496.22 | $4,496.22 | $0.00 | $0.00 | $0.00 | $4,496.22 |
| 5 | BMO HARRIS BANK, N.A., WITH BAYVIEW LOAN SERVICING, LLC C/O KLEIN, DADAY, ARETOS & O'DONOGHUE, L<br>2550 W. Golf Rd., Ste. 250<br>Rolling Meadows IL 60008 | 08/01/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,200,000.00 | $1,243,634.83 | $1,243,634.83 | $0.00 | $0.00 | $0.00 | $1,243,634.83 |
| | | | | | | $1,549,064.03 | $1,549,064.03 | $24,641.33 | $0.00 | $0.00 | | $1,524,422.70 |

CLAIM ANALYSIS REPORT                                                                    Page No: 3                   Exhibit C

| Case No.         | 12-40541-HSP                          | Trustee Name: | Deborah K. Ebner |
| Case Name:       | EDWIN HENRY STADE AND SILVIA STADE     | Date:         | 4/9/2018         |
| Claims Bar Date: | 08/01/2017                            |               |                  |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $819.33 | $819.33 | $440.18 | $0.00 | $0.00 | $379.15 |
| Attorney for Trustee Fees (Other Firm) | $41,052.00 | $41,052.00 | $22,054.84 | $0.00 | $0.00 | $18,997.16 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $643.00 | $643.00 | $345.44 | $0.00 | $0.00 | $297.56 |
| General Unsecured § 726(a)(2) | $1,502,699.12 | $1,502,699.12 | $0.00 | $0.00 | $0.00 | $1,502,699.12 |
| Trustee Compensation | $3,750.00 | $3,750.00 | $1,746.83 | $0.00 | $0.00 | $2,003.17 |
| Trustee Expenses | $100.58 | $100.58 | $54.04 | $0.00 | $0.00 | $46.54 |

Exhibit D

# TRUSTEE'S PROPOSED SUPPLEMENTAL DISTRIBUTION

Case No.:    1:12-BK-40541-HSP
Case Name:   EDWIN HENRY STADE
             SILVIA STADE
Trustee Name: Deborah K. Ebner

|  |  |
|---|---:|
| Balance on hand: | $4,985.28 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,985.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Deborah Ebner, Trustee Fees | $3,750.00 | $1,746.83 | $649.37 |
| Deborah Ebner, Trustee Expenses | $100.58 | $54.04 | $10.23 |
| WILLIAM J FACTOR, Attorney for Trustee Fees | $41,052.00 | $22,054.84 | $4,176.89 |
| WILLIAM J FACTOR, Attorney for Trustee Expenses | $819.33 | $440.18 | $83.36 |
| Clerk of the United States Bankruptcy Court, Clerk of the Court Costs | $293.00 | $157.41 | $29.81 |
| Other: Clerk of the United States Bankruptcy Court, Clerk of the Court Costs | $350.00 | $188.03 | $35.62 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $4,985.28 |
| Remaining balance: | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,502,699.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | $11,352.82 | $0.00 | $0.00 |
| 2 | Discover Bank Discover Products Inc | $2,046.30 | $0.00 | $0.00 |
| 3 | Real Time Resolutions, Inc. | $241,168.95 | $0.00 | $0.00 |
| 4 | American Express Bank, FSB c/o Becket and Lee LLP | $4,496.22 | $0.00 | $0.00 |
| 5 | BMO HARRIS BANK, N.A.,with Bayview Loan Servicing, LLC c/o Klein, Daday, Aretos & O'Donoghue, L | $1,243,634.83 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**