UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:12-BK-40541-HSP |
| | § | |
| EDWIN HENRY STADE | § | |
| SILVIA STADE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Deborah K. Ebner, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $474,692.00 | Assets Exempt: | $38,584.62 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $1,502,699.12 |
| Total Expenses of Administration: | $30,000.00 | | |

    3)     Total gross receipts of $30,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $46,738.30 | $46,738.30 | $30,000.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,468,903.00 | $1,502,699.12 | $1,502,699.12 | $0.00 |
| **Total Disbursements** | $1,468,903.00 | $1,549,437.42 | $1,549,437.42 | $30,000.00 |

4). This case was originally filed under chapter 7 on 10/12/2012. The case was pending for 66 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2018    By:   /s/ Deborah K. Ebner
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| DEP REVERSE: MJ Peterson | 1141-000 | ($4,985.28) |
| MJ Peterson | 1141-000 | $4,985.28 |
| Ebner vs Stade | 1241-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah Ebner, Trustee | 2100-000 | NA | $3,750.00 | $3,750.00 | $2,396.20 |
| Deborah Ebner, Trustee | 2200-000 | NA | $100.58 | $100.58 | $64.27 |
| International Sureties | 2300-000 | NA | $7.99 | $7.99 | $7.99 |
| Green Bank | 2600-000 | NA | $48.82 | $48.82 | $48.82 |
| Rabobank, N.A. | 2600-000 | NA | $316.58 | $316.58 | $316.58 |
| Clerk of the United States Bankruptcy Court | 2700-000 | NA | $643.00 | $643.00 | $410.87 |
| WILLIAM J FACTOR, Attorney for Trustee | 3210-000 | NA | $41,052.00 | $41,052.00 | $26,231.73 |
| WILLIAM J FACTOR, Attorney for Trustee | 3220-000 | NA | $819.33 | $819.33 | $523.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $46,738.30 | $46,738.30 | $30,000.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $11,303.00 | $11,352.82 | $11,352.82 | $0.00 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | $2,300.00 | $2,046.30 | $2,046.30 | $0.00 |
| 3 | Real Time Resolutions, Inc. | 7100-000 | $250,000.00 | $241,168.95 | $241,168.95 | $0.00 |
| 4 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | $5,300.00 | $4,496.22 | $4,496.22 | $0.00 |
| 5 | BMO HARRIS BANK, N.A.,with Bayview Loan Servicing, LLC c/o Klein, Daday, Aretos & O'Donoghue, L | 7100-000 | $1,200,000.00 | $1,243,634.83 | $1,243,634.83 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,468,903.00 | $1,502,699.12 | $1,502,699.12 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Date Filed (f) or Converted (c): | 10/12/2012 (f) |
| For the Period Ending: | 4/24/2018 | §341(a) Meeting Date: | 12/05/2012 |
| | | Claims Bar Date: | 08/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 8N 200 Naperville Rd., Bartl, Single f | $504,292.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Location: 8N 200 Naperville Rd., Bartl, Single family home - personal residence; Lien: Account No. Real Time Resolutions PO Box 35888 Dallas, TX 75235  -  Amount: 250000.00; Exemption: Location: 8N 200 Naperville Rd., Bartlett IL 60 | | | | | |
| 2 | Cash | $300.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Cash; | | | | | |
| 3 | Checking account no. ending 1654 American Eagle | $1,184.62 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Checking account no. ending 1654 American Eagle; | | | | | |
| 4 | Furniture and appliances | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Furniture and appliances; | | | | | |
| 5 | Ordinary wearing apparel. | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Ordinary wearing apparel.; | | | | | |
| 6 | Illinois Municipal Retirement Fund | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Illinois Municipal Retirement Fund; | | | | | |
| 7 | Illinois Municipal Health Savings Account | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Illinois Municipal Health Savings Account; | | | | | |
| 8 | Jelinek Builders Inc. 100% | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Jelinek Builders Inc. 100%; | | | | | |
| 9 | 2004 Chevy Suburban | $5,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: 2004 Chevy Suburban; | | | | | |
| 10 | Desks, Chairs | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Description: Desks, Chairs; | | | | | |
| 11 | Ebner vs Stade                                  (u) | $0.00 | $30,000.00 | | $30,000.00 | FA |

**TOTALS (Excluding unknown value)**

| | $513,276.62 | $30,000.00 | | $30,000.00 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| | |
|---|---|
| **Case No.:** 12-40541-HSP | **Trustee Name:** Deborah K. Ebner |
| **Case Name:** EDWIN HENRY STADE AND SILVIA STADE | **Date Filed (f) or Converted (c):** 10/12/2012 (f) |
| **For the Period Ending:** 4/24/2018 | **§341(a) Meeting Date:** 12/05/2012 |
| | **Claims Bar Date:** 08/01/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

05/01/2017 - Notice of 8/1/2017 bar date for filing of claims issued.

4/15/16 -- Order entered resolving all claims of estate against Stade Construction and Jelenik Builders for $30,000.00

4/8/16 - Order entered pursuant to which Debtor (Edwin only) waives his discharge

1/5/16: settlement docs being executed and final payment on prospective payment is 2017

Discharge of Debtor waived. Trustee in process of discovery to settle fraudulent conveyance action that is pending

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2018 | **Current Projected Date Of Final Report (TFR):** 12/31/2018 | /s/ DEBORAH K. EBNER | |
| | | DEBORAH K. EBNER | |

**FORM 2** Page No: 1 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2017 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $24,690.15 | | $24,690.15 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.28 | $24,679.87 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $38.54 | $24,641.33 |
| 01/25/2018 | 5001 | Deborah Ebner | Trustee Expenses | 2200-000 | | $54.04 | $24,587.29 |
| 01/25/2018 | 5002 | Deborah Ebner | Trustee Compensation | 2100-000 | | $1,746.83 | $22,840.46 |
| 01/25/2018 | 5003 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $293.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 2700-000 | | $157.41 | $22,683.05 |
| 01/25/2018 | 5004 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 2700-000 | | $188.03 | $22,495.02 |
| 01/25/2018 | 5005 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $819.33; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 3220-000 | | $440.18 | $22,054.84 |
| 01/25/2018 | 5006 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $41,052.00; Distribution Dividend: 53.72%; Account Number: ; Distribution Dividend: 53.72; | 3210-000 | | $22,054.84 | $0.00 |

**SUBTOTALS** $24,690.15 $24,690.15

Page No: 2         Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $24,690.15 | $24,690.15 | $0.00 |
|  |  |  | Less: Bank transfers/CDs | | $24,690.15 | $0.00 | |
|  |  |  | **Subtotal** | | $0.00 | $24,690.15 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $0.00 | $24,690.15 | |

**For the period of 10/12/2012 to 4/24/2018**        **For the entire history of the account between 10/24/2017 to 4/24/2018**

| | | | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $24,690.15 | Total Internal/Transfer Receipts: | $24,690.15 |
| | | | |
| Total Compensable Disbursements: | $24,690.15 | Total Compensable Disbursements: | $24,690.15 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,690.15 | Total Comp/Non Comp Disbursements: | $24,690.15 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3         Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2018 | | MJ Peterson | duplicate - entered in error | 1141-000 | $4,985.28 | | $4,985.28 |
| 04/06/2018 | (11) | MJ Peterson | | 1241-000 | $4,985.28 | | $9,970.56 |
| 04/06/2018 | | DEP REVERSE: MJ Peterson | duplicate - entered in error | 1141-000 | ($4,985.28) | | $4,985.28 |
| 04/12/2018 | 3001 | Deborah Ebner | Trustee Expenses | 2200-000 | | $10.23 | $4,975.05 |
| 04/12/2018 | 3002 | Deborah Ebner | Trustee Compensation | 2100-000 | | $649.37 | $4,325.68 |
| 04/12/2018 | 3003 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $293.00; Distribution Dividend: 63.90%; Account Number: ; Distribution Dividend: 63.90; | 2700-000 | | $29.81 | $4,295.87 |
| 04/12/2018 | 3004 | Clerk of the United States Bankruptcy Court | Claim #: ; Amount Claimed: $350.00; Distribution Dividend: 63.90%; Account Number: ; Distribution Dividend: 63.90; | 2700-000 | | $35.62 | $4,260.25 |
| 04/12/2018 | 3005 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $819.33; Distribution Dividend: 63.90%; Account Number: ; Distribution Dividend: 63.90; | 3220-000 | | $83.36 | $4,176.89 |
| 04/12/2018 | 3006 | WILLIAM J FACTOR | Claim #: ; Amount Claimed: $41,052.00; Distribution Dividend: 63.90%; Account Number: ; Distribution Dividend: 63.90; | 3210-000 | | $4,176.89 | $0.00 |

**SUBTOTALS**     $4,985.28     $4,985.28

Page No: 4 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4102 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $4,985.28 | $4,985.28 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $4,985.28 | $4,985.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,985.28 | $4,985.28 | |

**For the period of 10/12/2012 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,985.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,985.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,985.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,985.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2018 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,985.28 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,985.28 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,985.28 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,985.28 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 12-40541-HSP |
| **Case Name:** | EDWIN HENRY STADE AND SILVIA STADE |
| **Primary Taxpayer ID #:** | **-***4811 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/12/2012 |
| **For Period Ending:** | 4/24/2018 |

| | |
|---|---|
| **Trustee Name:** | Deborah K. Ebner |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4103 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 10/12/2012 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2018 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2     Page No: 6     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/28/2016 | (11) | Stade Construction | return of preferential payment | 1241-000 | $5,000.00 | | $5,000.00 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,990.00 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,980.00 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,970.00 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,960.00 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,950.00 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,940.00 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,930.00 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,920.00 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,910.00 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 | 2300-004 | | ($7.98) | $4,917.98 |
| 02/02/2017 | 101 | International Sureties, Ltd | Bond # 016073584 | 2300-000 | | $7.98 | $4,910.00 |
| 02/19/2017 | 102 | International Sureties | REISSUE BOND PAYMENT : PRINTING ERROR ON FIRST CHECK AND NOT READABLE BY BANK | 2300-000 | | $7.99 | $4,902.01 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,892.01 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,882.01 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $10.00 | $4,872.01 |
| 05/12/2017 | (11) | MJPeterson | AR | 1241-000 | $9,029.00 | | $13,901.01 |
| 05/12/2017 | (11) | MJ Peterson | AR | 1241-000 | $10,985.72 | | $24,886.73 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $23.05 | $24,863.68 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $35.76 | $24,827.92 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $34.51 | $24,793.41 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $39.23 | $24,754.18 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | $34.41 | $24,719.77 |
| 10/24/2017 | | Rabobank, N.A. | Bank Service Fee | 2600-000 | | $29.62 | $24,690.15 |
| 10/24/2017 | | Green Bank | Transfer Funds | 9999-000 | | $24,690.15 | $0.00 |

**SUBTOTALS**     $25,014.72     $25,014.72

Page No: 7     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $25,014.72 | $25,014.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $24,690.15 | |
| | | | **Subtotal** | | $25,014.72 | $324.57 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $25,014.72 | $324.57 | |

**For the period of 10/12/2012 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $25,014.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,014.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $324.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $324.57 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

**For the entire history of the account between 04/28/2016 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $25,014.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,014.72 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $324.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $324.57 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8      Exhibit 9

| Case No. | 12-40541-HSP | Trustee Name: | Deborah K. Ebner |
|---|---|---|---|
| Case Name: | EDWIN HENRY STADE AND SILVIA STADE | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******4900 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 10/12/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/24/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $30,000.00 | $30,000.00 | $0.00 |

**For the period of 10/12/2012 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

**For the entire history of the case between 10/12/2012 to 4/24/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $24,690.15 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $24,690.15 |

/s/ DEBORAH K. EBNER

DEBORAH K. EBNER